UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

RONALD E. REISKE, JR.

2003 OCT 28 P 3:46
PRISONER

v.                CASE NO. 3:03cv51(PCD)

JOHN ARMSTRONG, et al.

ORDER OF DISMISSAL

On February 25, 2003, the court ordered plaintiff to effect service of the complaint on defendant Armstrong in his official capacity. In March 2003, the order was returned to the court with a notation that plaintiff had been discharged. In the intervening six months, plaintiff has not contacted the court to update his address.

Rule 83.1(c)2, D. Conn. L. Civ. R., requires a *pro se* party to provide an address within this district at which service may be made upon him. Because plaintiff has neither complied with this rule nor contacted the court since his release from custody, this action is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute and failure to comply with the court's order. Any motion to reopen this dismissal shall demonstrate good cause for plaintiff's failure to comply with the court's order and failure to provide a current address.

**SO ORDERED** this __27th__ day of October, 2003, at New Haven, Connecticut.

_____
Peter C. Dorsey
United States District Judge